1  **WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2  Faye C. Rasch, State Bar No. 253838
650 Town Center Drive, Suite 600
3  Costa Mesa, California 92626
Telephone    714-966-1000
4  Facsimile    714-966-1002

5  Attorneys for Chapter 7 Trustee,
Weneta M.A. Kosmala

6

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11  In re                                    Case No. 8:16-bk-14227-ES

12  DENNY ROY STEELMAN,                      Chapter 7

13          Debtor.                          **NOTICE OF MOTION FOR ORDER**
**APPROVING CHAPTER 7 TRUSTEE'S**
14                                           **SETTLEMENT BETWEEN CHAPTER 7**
**TRUSTEE AND NATIONWIDE LIFE**
15                                           **INSURANCE COMPANY AND**
**NATIONWIDE LIFE AND ANNUITY**
16                                           **COMPANY**

17

18                                           [No Hearing Required Unless Requested]

19

20       **TO ALL INTERESTED PARTIES:**

21       **PLEASE TAKE NOTICE** that Weneta M.A. Kosmala, Chapter 7 trustee ("Trustee") of
22  the bankruptcy estate ("Estate") of the above-captioned debtor ("Debtor"), has filed the *Motion* (the
"Motion") *for Order Approving Stipulation Between Chapter 7 Trustee and Nationwide Life*
23  *Insurance Company and Nationwide Life and Annuity Company*( collectively "Nationwide").

24
I.       **INTRODUCTION**
25       By the Motion, the Trustee seeks approval of a Stipulation between the Trustee and
26  Nationwide wherein the Trustee agrees to dismiss the claims pending against Nationwide in the
adversary action pending as case number 8:18-ap-01042-ES ("Complaint").  In exchange,
27  Nationwide has agreed that each party shall bear its own attorney's fees and costs incurred in
connection with the Complaint.
28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

## II.   STATEMENT OF FACTS

On October 13, 2016, the Debtor filed a voluntary petition under Chapter 7 of the United States Code. Thereafter, Weneta M.A. Kosmala was appointed as Chapter 7 trustee of the Estate.

In his schedule C, the Debtor listed as exempt a "Private Retirement Trust" having a value of $1,385,805. The name of the Private Retirement Trust is the Retirement Wealth Management, LLC Private Retirement Trust Plan ("PRT" or "Private Retirement Trust").

The Debtor funded the PRT with four (4) cash deposits from his Union Bank Checking Account as follows: (i) December 28, 2015 – $500.00, (ii) January 4, 2016 – $875,000, (iii) March 21, 2016 – $195,000 and (iv) March 21, 2016 – $287,586.15, for a total of $1,358,086.15 (collectively the "Transfers").

The Trustee contends that shortly after its creation, on or about March 16, 2016, the PRT made a loan to "Denny R. Steelman, Trustee of the Survivor's Trust under the 2010 Steelman Inter Vivos Trust dated August 10, 2010 in the amount of $815,000 ("PRT Loan") which the Debtor used to purchase the real property commonly known as 26422 Lombardy Road, Mission Viejo, California 92692 ("Lombardy Property") and to purchase an annuity (the "Nationwide Annuity") in the amount of $523,714.19, which was a product issued by either Nationwide Life Insurance Company or Nationwide Life and Annuity Company.

On February 21, 2018, the Trustee filed the Complaint seeking to return the Transfers to the Estate and naming Nationwide as a defendant. After the Debtor's death, demand was made upon Nationwide to payout the Nationwide Annuity to the bank account of the PRT. Nationwide contends that it acted in compliance with the terms of its contact and that there was no wrongdoing.

After conducting an investigation into Nationwide's responses, the Trustee has determined that there is no benefit to the Estate in pursuing the claims against Nationwide and accordingly seeks to dismiss them from the Complaint.

## III.   THE STIPULATION IS FAIR AND REASONABLE AND IN THE BEST INTEREST OF THE ESTATE AND CREDITORS.

The Trustee believes the proposed settlement is in the best interest of the Estate and its creditors. The proposed settlement is fair and reasonable and a valid exercise of the Trustee's reasonable business judgment. Further, the compromise was entered into in good faith and was negotiated at arms' length. Accordingly, the Trustee requests that the Bankruptcy Court enter an order pursuant to Bankruptcy Rule 9019 authorizing the Trustee to enter into the Stipulation and approving the terms of the compromise as agreed upon by the Parties.

## IV.   SUMMARY OF REQUESTED RELIEF

By the Motion, the Trustee seeks entry of an order providing for the following relief: (1) granting the Motion; (2) approving the terms of the Stipulation, a copy of which is attached to the Motion as <u>Exhibit 1</u>, and authorizing the Trustee to enter into the Stipulation; (3) authorizing the Trustee to execute any documents or take any actions reasonably necessary to effectuate the terms of the Stipulation; and (4) for such other and further relief as this Court may deem just and proper.

A copy of the Motion is on file with the Court and available by contacting the Trustee's counsel.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(o)(1), any party objecting to the Motion may request a hearing on the Motion by filing a written "Objection and Request for Hearing." The deadline for filing and serving a written opposition and request for

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

a hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  You must serve a copy of the "Objection and Request for Hearing" on the Trustee's counsel at the address above and on the United States Trustee.  Failure to timely file and serve the "Objection and Request for Hearing" may result in the Court's entry of an order approving the Motion.

        **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(h) provides the following: "Papers not timely filed and served may be deemed by the Court to be consent to the granting or denial of the motion, as the case may be."


Dated:  October 11, 2018                          WEILAND GOLDEN GOODRICH LLP


                                        By:    */s/ Faye C. Rasch*
                                               Faye C. Rasch
                                               Attorneys for Chapter 7 Trustee
                                               Weneta M.A. Kosmala

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Motion for Order Approving Chapter 7 Trustee's</u>
<u>Settlement Between Chapter 7 Trustee and Nationwide Life Insurance Company and Nationwide Life and Annuity Company</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>October 18,</u>
<u>2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) <u>October 18, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Denny Roy Steelman
26422 Lombardy Road
Mission Viejo, CA 92692-3267

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method** for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>October 18, 2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Served by Personal Delivery**
Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/18/2018 | Victoria Rosales | *victoria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Daniel M Anderson    daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com
Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
Christopher L Blank    chris@chrisblanklaw.com
Lynn Brown    notices@becket-lee.com
John C Cannizzaro    john.cannizzaro@icemiller.com, deborah.martin@icemiller.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
J Paul Moorhead    moorhead@luch.com, gina@luch.com;kimberley@luch.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
J Scott Williams    jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com
William E Winfield    wwinfield@rstlegal.com

**SERVED BY UNITED STATES MAIL**:
William E Winfield
Schneiders & Associates, L.L.P.
300 East Esplanade Drive, Suite 1980
Oxnard, CA 93036-1295

Clarence Yoshikane
Pacific Sotheby's International Real
200 Newport Center Drive, Suite 100
Newport Beach, CA 92660-0931

Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, CA 91367-8015

Weneta M Kosmala (TR)
3 MacArthur Place, Suite 760
Santa Ana, CA 92707-6071
Chapter 7 Trustee

Santa Ana Division
411 West Fourth Street, Suite 2030
Santa Ana, CA 92701-4500

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American First Credit
700 N Harbor Blvd.
La Habra, CA 90631-4026

Bank of America
PO Box 982238
El Paso, TX 79998-2238

CA Agent for Service of Process for
Choi Bo Sung, Inc.
Kyoung L. Choi
3170 W. Olympic Blvd., #G
Los Angeles, CA 90006-2400

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Laquer, Urban, Clifford & Hodge LLP
J. Paul Moorhead, Esq.
225 South Lake Avenue, Suite 200
Pasadena, CA 91101-3030

Luan Phan
PB Law Group, LLP
444 S. Flower St., Suite 1850
Los Angeles, CA 90071-2969

Michael B. Cooper, Esq.
Toffe & Cooper, LLP
3713 Highland Avenue, Suite 2
Manhattan Beach, CA 90266-3272

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Private Retirement Trust
#STEDEN1007
Attn: Raymond F. Olmo, CEP, RFC
3721 Douglas Blvd., Suite 350
Roseville, CA 95661-4254

Trustees of the Southern California IBEW-NEC
6023 Garfield Avenue
Commerce, CA 90040-3608

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**